IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

EARL LEE SUTTON, JR.,

        Petitioner,

v.                                   Case No.  5D18-1259

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed July 13, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Earl Lee Sutton, Carrabelle, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 17, 2017 order denying Petitioner's pro se second amended motion for post-conviction relief, filed in Case No. 2009-191-CFAWS in the Seventh Judicial Circuit Court in and for Volusia County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

COHEN, C.J., BERGER and EDWARDS, JJ., concur.